NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**IN RE DEVICOR MEDICAL PRODUCTS, INC.**

_____

2011-1413
(REEXAMINATION NO. 90/008,995)

_____

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

_____

**JUDGMENT**

_____

MARK P. LEVY, Thompson Hine LLP, of Dayton, Ohio argued for appellant.

SYDNEY O. JOHNSON, JR., Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and SCOTT C. WEIDENFELLER, Associate Solicitor.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 14, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |